**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

MARYA J. LEBER, *and all others similarly*
*situated*,

           Plaintiffs,

      -against-

CITIGROUP, INC., THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC., THE 401(k)
PLAN INVESTMENT COMMITTEE and DOE
DEFENDANTS 1-20,

           Defendants.
------------------------------------------------------------------x

ECF Case

07 Civ. 9329 (SHS)

### MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, David S. Preminger, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Gregory Y. Porter, McTigue & Porter LLP, 5301 Wisconsin Ave., NW, Washington, DC, 20015,

(phone) (202) 364-6900, (fax) (202) 364-9960, gporter@mctiguelaw.com.

    Gregory Y. Porter is a member in good standing of the Bars of the District of Columbia

and the State of Virginia.  There are no pending disciplinary proceedings against Gregory Y.

Porter in any State or Federal Court.

Dated: New York, NY
       November 17, 2007

Respectfully submitted:
Rosen Preminger & Bloom LLP

By: _____
David S. Preminger (DP-1087)
708 Third Avenue, Suite 1600
New York, NY 10019
Telephone: (212) 682-1900
Facsimile:  (212) 867-6878

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

MARYA J. LEBER, *and all others similarly*
*situated*,

ECF Case

Plaintiffs,

-against-

07 Civ. 9329 (SHS)

CITIGROUP, INC., THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC., THE 401(k)
PLAN INVESTMENT COMMITTEE and DOE
DEFENDANTS 1-20,

Defendants.

-------------------------------------------------------------------x

### DECLARATION OF DAVID S. PREMINGER
### IN SUPPORT OF MOTION TO ADMIT
### COUNSEL PRO HAC VICE

David S. Preminger declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the firm of Rosen Preminger & Bloom LLP, co-counsel for

Plaintiffs in the above captioned action.  I am familiar with the proceedings in this case.  I make

this statement based on my knowledge of the facts set forth herein and in support of Plaintiffs'

motion to admit Gregory Y. Porter as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the state of New York, and was

admitted to practice law on March 12, 1973.  I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Gregory Y. Porter for some years through committee work for the

American bar Association and I am familiar with his practice.  We have both been involved in

complex ERISA class action litigation representing plaintiffs.  Mr. Porter is currently admitted

pro hac vice in two other cases on which we are working together in the Southern District of

New York: *Young v. General Motors Investment Corp,*. 07 Civ. 1994 (BSJ); and *Brewer v. General Motors Investment Management Corp.*, 07 CV 2928 (LAK).

4.      Mr. Porter is a member of McTigue & Porter LLP in Washington, DC.

5.      I have found Mr. Porter to be a skilled attorney and a person of integrity as attested to by the certificates of good standing attached as Exhibit 1.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Gregory Y. Porter, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Gregory Y. Porter, pro hac vice, which is attached as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Gregory Y. Porter, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2007 in New York, New York

Respectfully submitted,

DAVID S. PREMINGER (DP 1057)

2

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

### GREGORY YANN PORTER

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 28, 1996.

I further certify that so far as the records of this office are

concerned, GREGORY YANN PORTER is a member of the bar of this

Court in good standing.

**Witness** my hand and seal of said Court

This 31st day of October

A.D. 2007

By: _____

*Deputy Clerk*



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C.  20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

GREGORY YANN PORTER

was on the    10TH    day of    JULY, 1998

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
November 5, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

MARYA J. LEBER, *and all others similarly*                    ECF Case
*situated,*

               Plaintiffs,

        -against-                                    07 Civ. 9329 (SHS)

CITIGROUP, INC., THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC., THE 401(k)
PLAN INVESTMENT COMMITTEE and DOE
DEFENDANTS 1-20,

               Defendants.
-------------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of David S. Preminger, co-counsel for Plaintiffs, and said sponsor

attorney's declaration in support;

IT IS HEREBY ORDERED that Gregory Y. Porter, McTigue & Porter LLP, 5301

Wisconsin Ave., NW, Washington, DC, 20015, (phone) (202) 364-6900, (fax) (202) 364-9960,

gporter@mctiguelaw.com, is admitted to practice pro hac vice as counsel for Plaintiffs in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

So Ordered:    New York, NY
                      , 2007

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

     I, Veronica Scanlon, hereby certify that on the date set forth below, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice and Supporting Papers was served on Julie D. Nelson, Esq., Citigroup, Inc., 153 East 53rd Street. New York, NY 10043, attorneys for defendants Citigroup, Inc., The Plan Administrative Committee of Citigroup, Inc. and The 401(k) Plan Investment Committee, by first class mail.

Dated: New York, NY
      November 19, 2007

*Veronica Scanlon*

VERONICA SCANLON
