UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARYA J. LEBER, *and all others similarly
situated*,

ECF Case

Plaintiffs,

-against-

07 Civ. 9329 (SHS)

CITIGROUP, INC., THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC., THE 401(k)
PLAN INVESTMENT COMMITTEE and DOE
DEFENDANTS 1-20,

Defendants.

------------------------------------------------------------------x

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of David S. Preminger, co-counsel for Plaintiffs, and said sponsor

attorney's declaration in support;

IT IS HEREBY ORDERED that J. Brian McTigue, McTigue & Porter LLP, 5301

Wisconsin Ave., NW, Washington, DC, 20015, (phone) (202) 364-6900, (fax) (202) 364-9960,

jmctigue@mctiguelaw.com, is admitted to practice pro hac vice as counsel for Plaintiffs in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

So Ordered:    New York, NY
               11/28   , 2007

_____

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE