```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| MARYA J. LEBER | : | 07 Civ. 9329 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| CITIGROUP, INC., *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next conference is scheduled for June 13, 2008, at 10:00 a.m.

Dated: New York, New York
         December 14, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.