

McTIGUE & PORTER LLP
5301 Wisconsin Avenue, NW
Suite 350
Washington, D.C. 20015
(202) 364-6900
Fax: (202) 364-9960

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

May 9, 2008

**By First Class Mail**

MEMO ENDORSED

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     **Re:**    *Leber v. Citigroup, Inc., et al.*, No. 07 Civ. 9329 (SHS)

Dear Judge Stein:

    I am writing to request that the Court reschedule the status conference currently set for June 13, 2008. Mr. Clayton and I are available any day the week of June 23.

                       Respectfully submitted,

                        Gregory Y. Porter
                        *Attorney for Plaintiff Marya J. Leber*

GP/dtb

cc:    Lewis R. Clayton (lclayton@paulweiss.com)
        Douglas M. Pravda (dpravda@paulweiss.com)
        David Steven Preminger (dpreminger@rpblawny.com)

*The conference is adjourned to June 27, 2008, at 11:30 a.m.*

SO ORDERED 5/13/08

SIDNEY H. STEIN
U.S.D.J.