```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARYA J. LEBER,                              :      07 Civ. 9329 (SHS)

                Plaintiff,          :

      -against-                              :      ORDER

CITIGROUP, INC., *ET AL.*,                   :

                Defendants.         :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's first amended complaint shall be served and filed on or before July 18, 2008;

    2.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served on or before August 8, 2008;

    3.    The last day for defendants to answer or move in response to the first amended complaint is August 29, 2008;

    4.    Plaintiff's motion for class certification is due on or before September 26, 2008;

    5.    Defendants' opposition to the motion is due on or before October 31, 2008;

    6.    Plaintiff's reply is due on or before November 14, 2008;

7. The last day for completion of fact discovery is March 30, 2009;

8. Plaintiff's expert report is due on or before May 14, 2009;

9. Defendants' expert report is due on or before June 15, 2009;

10. Plaintiff's rebuttal report is due on or before June 29, 2009;

11. The last day for completion of expert discovery is July 29, 2009; and

12. If no motion is made, ~~the parties shall notify the Court, in writing, to schedule a pretrial conference.~~ *on August 29, 2008,*

Dated: New York, New York
       June 27, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.