UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MARYA J. LEBER, *and all others similarly situated*,

                Plaintiffs,

-against-

CITIGROUP, INC., THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) PLAN INVESTMENT COMMITTEE and DOE DEFENDANTS 1-20,

                Defendants.
-----------------------------------------------------------------------x

ECF Document

07 Civ. 9329 (SHS)

## NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that David S. Preminger, co-counsel for plaintiffs herein, has changed his address, telephone number, facsimile number and email address as follows:

Keller Rohrback L.L.P.
275 Madison Avenue
Suite 1425
New York, NY 10016

Tel:   (212) 878-8890
Fax:   (212) 878-8895
Email: dpreminger@kellerrohrback.com

Dated:  New York, NY
         July 7, 2008

                                     Respectfully submitted,
                                       Keller Rohrback L.L.P.

                                       By: */s/ David S. Preminger*
                                          David S. Preminger (DP 1057)
                                          275 Madison Avenue, Suite 1425
                                          New York, NY 10016
                                          Tel:   (212) 878-8890
                                          Fax:   (212) 878-8895
                                          dpreminger@kellerrohrback.com