UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYA J. LEBER, SARA L. KENNEDY, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP, INC., THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(K) PLAN INVESTMENT COMMITTEE and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. 07 Civ. 9329 (SHS) |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Citigroup Inc., the Plans Administration Committee of Citigroup Inc., and the 401(k) Plan Investment Committee.

Dated: New York, New York
       August 29, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Lewis R. Clayton
      Lewis R. Clayton

1285 Avenue of the Americas
New York, New York  10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3980
Email: lclayton@paulweiss.com

*Attorneys for Defendants*