UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARYA J. LEBER, SARA L.
KENNEDY, *and all others similarly
situated,*

                    Plaintiffs,

          v.

CITIGROUP, INC., THE PLANS
ADMINISTRATIVE COMMITTEE OF
CITIGROUP INC., THE 401(K) PLAN
INVESTMENT COMMITTEE and DOE
DEFENDANTS 1-20,

                    Defendants.

---

Case No. 07 Civ. 9329 (SHS)

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of

record for Citigroup Inc., the Plans Administration Committee of Citigroup Inc., and

the 401(k) Plan Investment Committee.

Dated: New York, New York
       August 29, 2008

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP


                    By:___/s/ Douglas M. Pravda_____
                         Douglas M. Pravda


                    1285 Avenue of the Americas
                    New York, New York  10019-6064
                    Tel:    (212) 373-3000
                    Fax:    (212) 757-3980
                    Email:  dpravda@paulweiss.com

                    *Attorneys for Defendants*