UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYA J. LEBER, SARA L. KENNEDY, *and all others similarly situated*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITIGROUP, INC., THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(K) PLAN INVESTMENT COMMITTEE and DOE DEFENDANTS 1-20,<br><br>  Defendants. | Case No. 07 Civ. 9329 (SHS) |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT CITIGROUP INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Citigroup Inc. hereby states that Citigroup Inc. is a publicly traded corporation that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
August 29, 2008

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By:  /s/ Lewis R. Clayton
                                               Lewis R. Clayton

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Telephone: (212) 373-3000
                                        Fax: (212) 757-3890
                                        Email: lclayton@paulweiss.com

                                        *Attorneys for Defendants*