UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYA J. LEBER, SARA L. KENNEDY, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP, INC., THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(K) PLAN INVESTMENT COMMITTEE and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No. 07 Civ. 9329 (SHS)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, the accompanying memorandum of law, and the declaration of Lewis R. Clayton and accompanying exhibits, defendants Citigroup Inc., The Plans Administration Committee of Citigroup Inc., and the 401(k) Plan Investment Committee, will move this Court, before the Honorable Sidney H. Stein, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting defendants' motion to dismiss and dismissing, with prejudice, the Amended Complaint.

Oral argument is requested.

The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
August 29, 2008

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:   /s/ Lewis R. Clayton
              Lewis R. Clayton
              Douglas M. Pravda
              Aliza J. Balog

        1285 Avenue of the Americas
        New York, New York 10019-6064
        Telephone: (212) 373-3000
        Fax: (212) 757-3890
        Email: lclayton@paulweiss.com

        *Attorneys for Defendants*