UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARYA J. LEBER, SARA L. KENNEDY,
LESLIE HIGHSMITH, SHERRI M. HARRIS *and all
others similarly situated*,

               Plaintiffs,                             07-cv-09329-SHS

        -against-

THE CITIGROUP 401(K) PLAN INVESTMENT
COMMITTEE, et al.,

               Defendants.
-------------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION

      PLEASE TAKE NOTICE that Plaintiffs will call up for hearing a Motion for Class Certification in the above entitled action. Plaintiffs respectfully request that the Court, pursuant to Fed. R. Civ. P. 23 enter an Order certifying this action as a class action under Rule 23(b)(1) (or in the alternative 23(b)(3)), approving the named Plaintiffs as class representatives, approving J. Brian McTigue, James A. Moore, and their law firm McTigue Law LLP, and Gregory Y Porter and his law firm Bailey & Glasser LLP, as class counsel, and approving David S. Preminger and his law firm Keller Rohrback LLP as liaison counsel for the class, along with such other relief as this Court deems just and proper.

      The Motion is based on this Notice, the Declaration of James A. Moore, with exhibits, and Plaintiffs' Memorandum of Law submitted in support of the Motion.
.

                                                  /s/ James A. Moore____
                                                  J. Brian McTigue (*Pro hac vice*)
                                                  James A. Moore (*Pro hac vice*)
                                                  **McTIGUE LAW LLP**
                                                  4530 Wisconsin Avenue, NW
                                                  Suite 300

Washington, DC  20016
Tel:  (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Gregory Yann Porter (*Pro hac vice*)
**BAILEY & GLASSER LLP**
1054 31st Street, Suite 230
Washington, DC 20007
Tel: (202) 543-0226
Fax:  (202) 434-8252
gporter@baileyglasser.com

*Attorneys for Plaintiffs*

David S. Preminger (DP 1057)
**KELLER ROHRBACK, LLP**
1140 Avenue of the Americas, Ninth Floor
New York, NY 10036
Tel: 646-380-6690
Fax: 646-380-6692
dpreminger@kellerrohrback.com

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below, a copy of the foregoing **PLAINTIFFS' NOTICE OF MOTION TO CERTIFY CLASS** was filed electronically with the Court and served by operation of the Court's ECF notification system upon Defendants' counsel of record.

Dated: September 18, 2015,

                                              _/s/James A. Moore___
                                              James A. Moore