**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *Leber, et. al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *The Citigroup 401(k) Plan Investment* | ) | Civ. A. No. 07-cv-9329-SHS |
| *Committee, et. al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

The Parties move this Court for final approval of the Class Action Settlement and move the Court to enter the proposed Final Order, a copy of which is attached hereto as Exhibit 1. This motion is supported by Plaintiffs' Memorandum of Law in Support of the Motion for Final Approval of Class Settlement, as well as Plaintiffs' Memorandum of Law in Support of the Motion for Preliminary Approval of Class Settlement (Dkt. 282), the Declaration of Les Chappell, on behalf of the settlement administrator (Dkt. 285-1), and the Statement of Newport Trust Company, as the Independent Fiduciary, approving of the settlement, as well as this Court's Order Preliminarily Approving this Class Settlement (Dkt. 283).

Dated: December 20, 2018

Respectfully submitted,

By:____/s/ Gregory Y. Porter_____
Gregory Y. Porter *(Pro hac vice)*
**BAILEY & GLASSER LLP**
1054 31st Street, Suite 230
Washington, DC 20007
T: 202.463.201
F: 202-463-2103
gporter@baileyglasser.com

J. Brian McTigue *(Pro hac vice)*
James A. Moore *(Pro hac vice)*
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC 20016
T: 202.364.6900
F: 202.264.9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

*Counsel for Plaintiffs*

Lewis R. Clayton
Karen R. King
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 20th day of December 2018, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.


                                        */s/ Gregory Y. Porter*
                                        Gregory Y. Porter