UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARYA J. LEBER, SARA L. KENNEDY, *and all others similarly situated*,

        Plaintiffs,                    07-cv-09329-SHS

    -against-

THE CITIGROUP 401(K) PLAN INVESTMENT
COMMITTEE, et al.,

        Defendants.
-------------------------------------------------------------------x

**MCTIGUE LAW LLP'S NOTICE OF MOTION FOR PRE-ARBITRATION RELIEF AND DISTRIBUTION OF ATTORNEYS FEES BEYOND REASONABLE DISPUTE**

    McTigue Law LLP moves this Court, at a date and time to be determined by the Court, pursuant to Fed. R. Civ. P. 23 and Dkt. No. 294 ¶11, for an order for pre-arbitration relief, specifically an order directing the settlement administrator to distribute Class Counsel attorneys fees that are beyond reasonable dispute. A proposed order is attached hereto.

    A memorandum in support and supporting declaration of James A. Moore are filed herewith.

                Respectfully Submitted,

                /s/ James A. Moore
                J. Brian McTigue (*Pro hac vice*)
                James A. Moore (*Pro hac vice*)
                **McTIGUE LAW LLP**
                4530 Wisconsin Avenue, NW
                Suite 300
                Washington, DC  20016
                Tel:  (202) 364-6900
                Fax: (202) 364-9960
                bmctigue@mctiguelaw.com
                jmoore@mctiguelaw.com

                *Co-lead Class Counsel*